**Order entered June 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00646-CV

**ADT SECURITY  SERVICES, INC., Appellant**

**V.**

**VAN PETERSON FINE JEWELERS, Appellee**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 09-12111**

## ORDER

We **DENY** the June 2, 2015 unopposed motion of nonresident attorney Charles C. Eblen for admission pro hac vice without prejudice to filing a motion accompanied by a motion of the resident practicing Texas attorney with whom he shall be associated, which motion shall contain a statement that the resident attorney finds the applicant to be a reputable attorney and recommends that the applicant be granted permission to participate in the particular proceeding before the Court.  *See* Tex. Rules Govern. Bar Adm'n Rule XIX(b).

/s/      ELIZABETH LANG-MIERS
            JUSTICE